Tyson E. Hafen (NV Bar No. 13139)
**DUANE MORRIS** LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862
E-Mail: tehafen@duanemorris.com

Max H. Stern (*pro hac vice* forthcoming)
Jessica E. La Londe (*pro hac vice* forthcoming)
**DUANE MORRIS** LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000; F: 415.957.3001
E-Mail: mhstern@duanemorris.com
        jelalonde@duanemorris.com

Attorneys for Plaintiff
*Gemini Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a Delaware corporation,<br><br>                    Plaintiff<br><br>v.<br><br>INTERURBAN CONSTRUCTION, LLC, a Nevada limited liability company; URBAN LOFTS XVII, LTD., a Texas limited partnership; URBAN LOFTS TOWNHOMES dba URBAN LOFTS XIV, LTD., a Texas limited partnership; and LAS VEGAS LOFTS, INC., a Texas corporation,<br><br>                    Defendants | Case No. 2:26-cv-00023-CDS-EJY<br><br>**Order Granting**<br>**PLAINTIFF GEMINI INSURANCE COMPANY'S EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE AND FILE VERIFIED PRO HAC VICE PETITIONS (FIRST REQUEST)**<br><br>[ECF No. 6] |

Pursuant to Local Rule IA 6-1, plaintiff Gemini Insurance Company ("Plaintiff") respectfully requests an extension of time to complete and file certain verified pro hac vice petitions. Specifically, as per this Court's January 8, 2026 Notice to Counsel Pursuant to Local Rule IA 11-2 [ECF No. 4] ("Notice"), Plaintiff's counsel, Jessica E. La Londe and Max H. Stern, were directed "to comply with completion and filing of the Verified Petition and Designation of Local Counsel" by January 22, 2026. Although Plaintiff's counsel have prepared the required petitions on the Court's designated forms and requested and obtained certificates of good standing from other states, additional time is needed to

obtain client signatures on the forms along with notarized signatures from person(s) currently out of office.

Accordingly, for the foregoing reasons, Plaintiff requests a one-week extension (i.e., through January 29, 2026) for counsel Jessica E. La Londe and Max H. Stern to comply with the requirements outlined in the Notice. This is Plaintiff's first request for an extension of time and is made in good faith and not for the purpose of delay.

DATED: January 22, 2026                    **DUANE MORRIS LLP**

By: _/s/ Tyson E. Hafen_____
Tyson E. Hafen (NV Bar No. 13139)
Max H. Stern (*pro hac vice* forthcoming)
Jessica E. La Londe (*pro hac vice* forthcoming)

Attorneys for Plaintiff
*Gemini Insurance Company*

### ORDER

Having considered the plaintiff's accompanying ex parte motion for extension of time to complete and file verified pro hac vice petitions, and good cause appearing, it [ECF No. 6] is granted. The deadline for the plaintiff to comply with the requirements detailed in the notice [ECF No. 4] is extended from January 22, 2026 to January 28, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 26, 2026

2