FRANK M. FLANSBURG III, ESQ., Nevada Bar No. 6974
fflansburg@bhfs.com
KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
ZACHARY R. MEYER, ESQ., Nevada Bar No. 15783
zmeyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
*Attorneys for Defendants*
*Interurban Construction, LLC, Urban Lofts XVII, Ltd.,*
*Urban Lofts Townhomes dba Urban Lofts XIV, Ltd.,*
*and Las Vegas Lofts, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEMINI INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERURBAN CONSTRUCTION, LLC, a Nevada limited liability company; URBAN LOFTS XVII, LTD., a Texas limited partnership; URBAN LOFTS TOWNHOMES dba URBAN LOFTS XIV, LTD., a Texas limited partnership; and LAS VEGAS LOFTS, INC., a Texas corporation,<br><br>Defendants. | CASE NO.: 2:26-cv-00023-CDS-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Gemini Insurance Company and Defendants Interurban Construction, LLC ("Gemini"), Urban Lofts XVII, Ltd., Urban Lofts Townhomes dba Urban Lofts XIV, Ltd., and Las Vegas Lofts, Inc. ("Defendants"), by and through their respective counsel of record, hereby submit this Joint Stipulation to Extend the Time for Defendants to file their answer to the First Amended Complaint ("FAC") (ECF No. 3).

1. Plaintiff filed its Complaint on January 7, 2026 (ECF No. 1).

2. Plaintiff filed its FAC on January 8, 2026 (ECF No. 3).

3. Defendants were served with the FAC and summons between January 13 and

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
303.223.1100

BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
303.223.1100

February 10, 2026 (ECF Nos. 7, 13-15).

4.    Defendants appeared in this matter by filing their Notice of Appearance through counsel on May 4, 2026 (ECF No. 16).

5.    The Parties stipulate and agree that Defendants' Answer to the FAC shall be filed by **May 21, 2026**.

6.    Good cause exists to allow Defendants an extension to file their Answer to the FAC because Defendants secured counsel as of May 4, 2026, and the extension will allow Defendants to pursue a resolution of this case on the merits.

7.    Should Defendants' Answer to the FAC not be filed by May 21, 2026, Plaintiffs will proceed with a default on May 22, 2026, for failure to respond to the FAC.

8.    This is the first joint request for an extension of Defendants' deadline to answer the FAC.

9.    This request is made in good faith and not for the purpose of delay.

DATED May 18, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Frank M. Flansburg III*
Frank M. Flansburg III, Esq., Bar No. 6974
Kirk B. Lenhard, Esq., Bar No. 1437
Zachary R. Meyer, Esq., Bar No. 15783
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Interurban Construction, LLC, Urban Lofts XVII, Ltd., Urban Lofts Townhomes dba Urban Lofts XIV, Ltd., and Las Vegas Lofts, Inc.*

DATED May 18, 2026.

**DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
Tyson E. Hafen (NV Bar No. 13139)
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
T: 702.868.2600; F: 702.385.6862

Max H. Stern (*pro hac vice*)
Jessica E. La Londe (*pro hac vice*)
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000; F: 415.957.3001

*Attorneys for Plaintiff
Gemini Insurance Company*

**ORDER**

IT IS SO ORDERED this 19th day of May, 2026.

U.S. MAGISTRATE JUDGE

2